UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Wayne L. Geddes, Sr.

                    v.                                    Case No. 06-cv-139

City of Nashua, et al.


O R D E R


By order dated January 7, 2008, this case was reassigned to my civil case docket.

Because the City of Nashua is on my recusal list, I recuse myself from this case and request the

clerk reassign this matter.

SO ORDERED.



Date: January 8, 2008                     /s/ Joseph N. Laplante
                                          Joseph N. Laplante
                                          District  Judge


cc:     Counsel of Record