UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wayne L. Geddes</u>

    v.                             Civil No. 06-cv-139-JD

<u>City of Nashua, et al.</u>

<u>O R D E R</u>

Wayne L. Geddes was represented by counsel until his counsel's motion to withdraw was granted on January 30, 2008. Geddes's former counsel represented in the motion to withdraw that he had informed Geddes that he was withdrawing his representation and that Geddes had three choices in this litigation, which were to proceed pro se, retain new counsel, or withdraw his claim against the defendants.

In the order granting the motion to withdraw, Geddes was notified that he was required to have an appearance filed by counsel on his behalf or to file an appearance pro se on or before February 19, 2008. On February 20, Geddes filed a motion for additional time to retain counsel. Trial in this case is scheduled to begin on March 18, 2008, and the deadline for filing pretrial materials was February 19, 2008. No pretrial materials have been filed for Geddes.

<u>Conclusion</u>

Therefore, Geddes's motion for an extension of time (document no. 25) is granted to the extent that he shall have an appearance filed on his behalf by counsel or file an appearance pro se on or before **February 28, 2008,** along with the required pretrial materials or a motion to continue the trial.  If Geddes fails to comply with this order within the time allowed, his case will be dismissed with prejudice.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

February 21, 2008

cc:  Brian J.S. Cullen, Esquire
     Donald E. Gardner, Esquire
     Wayne L. Geddes, Sr., pro se